IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01363-BNB

JERRY WATSON,

    Petitioner,

v.

FRED FIGUEROA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF OKLAHOMA,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2008

GREGORY C. LANGHAM
                CLERK

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Petitioner, Jerry Watson, currently is in the custody of the Colorado Department of Corrections and is incarcerated at the Sterling, Colorado, Correctional Facility. Previously, when Mr. Watson was housed at a state prison in the State of Oklahoma, he filed a 28 U.S.C. § 2254 action in the United States District Court for the Western District of Oklahoma (Western District of Oklahoma). The Western District of Oklahoma determined that the action properly is filed in the United States District Court for the District of Colorado and entered an order that transferred the action to this Court. This Court opened the transferred case in the instant action.

As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted 28 U.S.C. § 2254 Petition is deficient as described in this Order. Mr. Watson will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Watson files in response to this Order must include the civil action number on this Order.

The Court also notes that the Attorney General for the State of Oklahoma, and the warden for the prison facility where Mr. Watson previously was held in Oklahoma, are not properly named Respondents in this action. Mr. Watson is instructed to name the Attorney General for the State of Colorado and his current warden as Respondents.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the Court's current form)
(7) ___ Names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the Court. Only an original has been received.
(9) ___ Other _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) _X_ is not on proper form (must use this Court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ Uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ Names in caption do not match names in text
(18) _X_ Other Improperly named Respondents

Accordingly, it is

ORDERED that Mr. Watson cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Watson files in response to this Order must include the civil action number on the Order. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Mr. Watson, together with a copy of this Order, two copies of the following Court-approved form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Watson fails to cure the designated deficiencies **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 1st day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01363-BNB

Jerry Watson
Prisoner No. 125134
Sterling Correctional Facility
PO Box 6000 - 2-A-1-11
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 7/2/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk