IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01363-BNB

JERRY WATSON,

Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2008

GREGORY C. LANGHAM
                            CLERK

## ORDER TO FILE AMENDED PRE-ANSWER RESPONSE

Applicant, Jerry Watson, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility. Mr. Watson initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction and sentence in Case No. 96CR541 in the Arapahoe County District Court of Colorado. In an order filed on July 23, 2008, Magistrate Judge Boyd N. Boland directed Respondents to file a Pre-Answer Response (Pre-Answer) limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). On August 1, 2008, Respondents filed a Pre-Answer. Mr. Watson filed a Reply on August 20, 2008.

In the Pre-Answer, Respondents appear to provide at least two conflicting dates regarding when Applicant's August 15, 2005, Colo. Crim. P. 35(c) motion was denied by

the trial court, and when his July 30, 1996, Colo. Crim. P. 35(b) motion for reconsideration was denied by the trial court. Respondents also concluded that Mr. Watson's Application is untimely without considering his August 15, 2005, Rule 35(c) postconviction motion and asserting why the time during which the August 15, 2005, motion was pending does not toll the time under 28 U.S.C. § 2244(d). Respondents also fail to assert when Mr. Watson's September 16, 2002, motion was denied by the trial court.

Respondents are directed to file an Amended Pre-Answer Response in which the discrepancy of the dates, and the timeliness issue, as identified above, are addressed. Respondents also are instructed to provide to the Court, as an exhibit, a copy of the Lexis-Nexis Courtlink Docket in the State of Colorado Case No. 96CR541. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file an Amended Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Amended Pre-Answer Response** Applicant may file an Amended Reply, if he desires.

DATED September 10, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01363-BNB

Jerry Watson
Prisoner No. 125134
Sterling Correctional Facility
PO Box 6000 - 2-A-1-11
Sterling, CO 80751

Susan Eileen Friedman
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9/10/08 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk